22,785-14

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 21 2015
Abel Acosta, Clerk

TO: CLERK
COURT OF CRIMINAL APPEALS
AT AUSTIN, TEXAS

IN RE: - EX PARTE -
Gill JARONE WHITE

⌈DATE: 9/16/2015
L

SUBJECT: HABEAS CORPUS PETITION
WRIT # 22,785-14
TRIAL CAUSE # 538931-m / 179TH DIST. COURT
HARRIS COUNTY

TO WHOM IT MAY CONCERN:

THE TRIAL-COURT ADOPTED the STATE'S PROPOSED Findings OF FACTS AND Conclusions OF lAW, ON 8/3/2015, AND the PRISONER - PETITIONER is in NEED TO BE iNFORMED if AND WHEN this COURT HAS RECEIVED His HABEAS Litigation in the ABOVE indiCATED CAUSE OR Docket DOCKET #.

RESPECTFULLY,

x Gill JARONE White
PRISONER - PETITIONER
PRO SE